No. 12-6189. BANKS v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. Ct. Crim. App. Tex. Certiorari denied.

No. 12-6191. DAVENPORT v. MCLAUGHLIN, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 12-6198. MCKINNEY v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 12-6203. SLEDGE v. GROUNDS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 12-6204. ROBINSON v. SOUTH CAROLINA DEPARTMENT OF CORRECTIONS ET AL. C. A. 4th Cir. Certiorari denied.

No. 12-6206. MCDONALD v. BRUNSMAN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 12-6211. CRUZ BELTRAN v. FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 12-6214. ASHFORD v. WENEROWICZ, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 12-6215. ANDERSON v. CITY OF RIVERSIDE, CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 12-6216. JACKSON v. RAPELJE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 12-6224. TRAMMELL v. SMART ET AL. C. A. 5th Cir. Certiorari denied.

No. 12-6226. KURTZ v. UNITED STATES ET AL. C. A. D. C. Cir. Certiorari denied.

No. 12-6227. ALVARADO v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 12-6233. JONES v. MISSOURI DEPARTMENT OF CORRECTIONS ET AL. C. A. 8th Cir. Certiorari denied.